UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADRYN ASSET MANAGEMENT, LP,

                 Petitioner,

    -against-

TRAILMARK INC.,

                 Respondent.

26-CV-999 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 5, 2026, Petitioner filed a petition to vacate an arbitration award, Dkt. 1, and a memorandum of law in support of that motion, Dkt. 3. Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Respondent's opposition, if any, is due on **February 27, 2026**. Petitioners' reply, if any, is due **March 6, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **February 11, 2026**, and shall file an affidavit of such service with the court no later than **February 12, 2026**.

SO ORDERED.

Dated:  February 6, 2026
        New York, New York

                        ARUN SUBRAMANIAN
                  United States District Judge