

SIX LANDMARK SQUARE
STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.fdh.com

**Benjamin M. Arrow**
203.325.5004
barrow@fdh.com

February 27, 2026

**BY ECF**

Honorable Arun Subramanian
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

   Re: *Madryn Asset Mgmt., L.P. v. Trailmark Inc.*, 26 Civ. 999

Dear Judge Subramanian,

   We represent respondent/cross-petitioner Trailmark Inc. ("Trailmark") in the above-captioned action. With the consent of petitioner Madryn Asset Management, L.P., and in accordance with Rule 11(b) of Your Honor's Individual Practices in Civil Cases, we write respectfully to request leave to file an attorney declaration and its five accompanying exhibits under seal on a temporary basis.

   On February 27, 2026, Trailmark filed its Cross-Petition to Confirm Arbitration Award with the Court, which contains references to the Declaration of Benjamin M. Arrow and the five exhibits attached thereto (the "Arrow Declaration"). In light of potential confidentiality concerns relating to the contents of the exhibits, and with Madryn's consent, we have not yet filed the Arrow Declaration or the exhibits. While the parties expect that most of the record will be made public, we respectfully submit that certain confidential information—including the names of investors and documents reflecting Trailmark's proprietary and highly sensitive business information—should be permanently redacted on the basis that it does not "directly affect the adjudication." *Caxton Int'l Ltd. v. Rsrv. Int'l Liquidity Fund, Ltd.*, 2009 WL 2365246, at \*7 (S.D.N.Y. July 30, 2009) (allowing sealing of documents identifying individual investors); *Dodona I, LLC v. Goldman Sachs & Co.*, 119 F. Supp. 3d 152, 156 (S.D.N.Y. 2015) (authorizing sealing of "internal corporate documents that govern investment strategies, information regarding proprietary modeling assumptions, and more generally, customer names, account numbers, and pricing information").

   Earlier this month, Madryn filed a similar application with Trailmark's consent, requesting that the declaration of attorney Ashley Robinson and the accompanying exhibits remain sealed with Selected Party viewing for forty-five days to allow the parties sufficient time to confer on a joint proposal regarding the sealing or all, or portions of, that declaration and its exhibits. *See* Doc. No. 11. On February 6, 2026, the Court granted that application. *See* Doc. No. 15. Trailmark

respectfully requests the same relief now, in order to afford Madryn the same courtesy with regard to the Arrow Declaration.

We thank Your Honor for your consideration and remain available should you have any questions.

Respectfully submitted,

Benjamin M. Arrow

cc:    All counsel of record by ECF


GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 3, 2026

