**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MADRYN ASSET MANAGEMENT, L.P.,

Petitioner,

v.

TRAILMARK INC.

Respondent.

26 Civ. 999

**[~~PROPOSED~~] JUDGMENT**

**WHEREAS**, Respondent Trailmark, Inc. ("Trailmark") (the claimant in the underlying arbitration) commenced an arbitration (the "Arbitration") against Petitioner Madryn Asset Management, L.P. ("Madryn," the respondent in the underlying arbitration) on August 26, 2021;

**WHEREAS**, Trailmark and Madryn agreed to bifurcate the Arbitration into liability and damages phases;

**WHEREAS**, on February 6, 2023, the arbitrator, the Honorable Theodore Katz (Retired) (the "Arbitrator"), issued an interim award on liability dated February 2, 2023 (the "Liability Award") in favor of Trailmark;

**WHEREAS**, the Arbitrator issued a second interim award on damages dated August 20, 2025 (the "Damages Award"), awarding Trailmark lost profits damages in the amount of $3,121,000, plus pre- and post-award interest at the rate of 9% *per annum*;

**WHEREAS**, on November 10, 2025, the Arbitrator issued a Final Award in the Arbitration (the "Original Final Award"), which was released to the parties on November 11, 2025 and subsequently superseded by a corrected final award dated November 20, 2025 (the "Corrected Final Award");

**WHEREAS**, the Corrected Final Award incorporated the Liability Award and the Damages Award and awarded Trailmark:

- Damages in the amount of $3,121,000;
- Attorneys' fees in the amount of $1,773,440.33;
- Expert costs in the amount of $103,901.00;
- E-discovery costs in the amount of $93,962.83;
- Miscellaneous expenses in the amount of $4,761.73;
- JAMS fees in the amount of $61,233.78;
- Pre-award pre-judgment interest in the amount of $848,056.92;

- Post-award pre-judgment interest at 9% per annum divided into two stages as follows:
  - **Stage 1 Post-Award Pre-Judgment Interest** in the amount of $80,250.94, representing interest at 9% per annum (or $978.67 per diem) on $3,969,056.92 (the sum of Trailmark's damages ($3,121,000) and pre-award interest ($848,056.92)) for the 82-day period running from August 20, 2025 (the date of the Damages Award) through November 10, 2025 (the date of the Original Final Award); and
  - **Stage 2 Post-Award Pre-Judgment Interest** running from November 10, 2025 (the date of the Original Final Award) until confirmation and entry of a final judgment in this Court.

**WHEREAS**, on February 5, 2026, Madryn commenced the instant action to vacate the Corrected Final Award by filing a petition to vacate, Dkt. 2;

**WHEREAS**, Trailmark timely cross-petitioned to confirm the Corrected Final Award, Dkt. 23;

**WHEREAS**, this Court issued an Opinion on August 27, 2026 (Dkt. 37) denying Madryn's petition to vacate the Corrected Final Award and granting Trailmark's cross-petition to confirm the Corrected Final Award in all particulars; it is hereby:

**ORDERED AND ADJUDGED AND DECREED**:

1. Trailmark's Petition to Confirm the Corrected Final Award is **GRANTED**;
2. The Corrected Final Award in favor of Trailmark and against Madryn is **CONFIRMED** in its entirety and in all particulars;
3. Madryn's Petition to Vacate the Corrected Final Award is **DENIED**;
4. Trailmark is entitled to an award of money damages of **$5,158,299.67** as follows:
   a. Damages of $3,121,000.00;
   b. Attorney's fees of $1,773,440.33;
   c. Expert costs of $103,901.00;
   d. E-discovery costs in the amount of $93,962.83;
   e. Miscellaneous expenses in the amount of $4,761.73; and
   f. JAMS fees in the amount of $61,233.78;

5. Trailmark is further entitled to pre-judgment interest in the amount of $1,386,054.91 as follows:

    a. Pre-Award Pre-Judgment interest of $848,056.92; and

    b. Post-Award Pre-Judgment interest of $537,997.99, as follows:

        i. Stage 1 Post-Award Pre-Judgment Interest of $80,250.94; and

        ii. Stage 2 Post-Award Pre-Judgment Interest of $457,747.05.

6. Trailmark is entitled to a combined monetary award of $6,544,354.58, representing the combined total of items 4 and 5 above, and a Judgment in that amount is entered in favor of Trailmark and against Madryn;

7. Trailmark is entitled to post-judgment interest on the combined monetary award of $6,544,354.58, at 4.15% per annum, to accrue from September 11, 2026.

8. Within 30 days of the date of this Judgment, Madryn shall pay the above amounts to Trailmark.

9. The filing of a notice of appeal or any other application or request for relief from this Judgment, if any, shall not, absent further order of this Court, stay or otherwise affect in any way the validity or enforceability of this Judgment or the rights and obligations of the parties under this Judgment.

Dated: New York, New York
September 14, 2026

SO ORDERED:

ARUN SUBRAMANIAN
United States District Judge